**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Case No.: 15−50779 − RJK
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David Baard Hastings
fka David Baard Liset

1812 Highway 23
Mora, MN 55051−7013

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−9760

## NOTICE TO FILE CLAIMS

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 9/2/16 , or, for governmental units, within 180 days from the date of the Order for Relief or 9/2/16 , whichever is later. Proofs of claim can be filed electronically on the court's website: www.mnb.uscourts.gov . No login or password is required. Alternatively, a Proof of Claim form (Official Form 410) can be obtained at the same website or at any bankruptcy clerk's office.

Dated: 5/31/16

Lori Vosejpka
Clerk, U.S. Bankruptcy Court
404 U.S. Courthouse
515 West First Street
Duluth, MN 55802

BY: debi
Deputy Clerk

mnbflclm 10/14