.UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

David Baard Hastings,

        Debtor.

Bky. Case No. 15-50779
Chapter 7

## NOTICE OF SALE

TO:   The United States Trustee, all creditors, and other parties in interest.

On October 31, 2017, or as soon thereafter as the transaction may be completed, Erik Ahlgren, the trustee in the above referenced bankruptcy matter will sell property of the estate as follows:  A Secured Promissory Note in the original amount of $75,000 paid monthly at 10% annum. Monthly payments of $1,389.44 will be received on or before the tenth day of each month until June 1, 2022 at which time a final payment of the remaining principal and interest shall be due. As of October 1, 2017, the remaining balance on the note is $61,974.01. The note is secured with a mortgage on property located 217 Como Avenue, St. Paul, MN 55103 and legally described as: Lot 2, Block 1, Lawyer Heights Addition, Ramsey County, Minnesota.

The auction shall be conducted by BKAssets.com, LLC ("BKAssets").   The viewing period shall run up to October 27, 2017.  During this time, the asset and any available due diligence information will be able to be viewed on www.bkassets.com.  The actual auction sale will be run on the internet venue chosen by BKAssets.  The sale period shall be **30** days beginning **October 28, 2017**.  Links will be provided at bkassets.com and the internet auction venue in order for bidders to participate in the internet bidding process.  There is a minimum starting bid of **$24,995.00** and the trustee reserves the right to rerun the auction, if the asset does not sell for a satisfactory price.  Upon completion of the sale, the buyer will be provided with a bill of sale and assignment of note and mortgage.  The buyer shall pay all costs associated with the transfer of the property.  This sale is as is and where is, without any representations or warranties and is subject to any existing liens and encumbrances, which the trustee believes there to be none at this time

The trustee has filed an application to employ BKAssets.com LLC to act as the internet auctioneer and in exchange for selling the note, BKAssets shall receive a commission of 10% of the gross sales price, plus any out-of-pocket expenses, estimated not to exceed $250.

The trustee requests that the stay pursuant to Bankruptcy Rule 6004(h) be waived and shall not apply to this sale.

**OBJECTION:     MOTION:    HEARING**

Under applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the Trustee with notice by the Trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned Trustee moves the Court for such orders as may be necessary and appropriate.

| | | |
|---|---|---|
| Clerk of Court | United States Trustee | Erik A, Ahlgren, Trustee |
| 404 Gerald W. Heaney US Courthouse | 1015 U.S. Courthouse | 220 W Washington Ave. |
| 515 West First Street | 300 South Fourth Street | Suite 105 |
| Duluth, MN  55802 | Minneapolis, MN  55415 | Fergus Falls, MN 56537 |

Dated: October 6, 2017

By  /e/ Erik A. Ahlgren
Erik A. Ahlgren, Trustee
220 W Washington Ave.
Suite 105
Fergus Falls, MN 56537
218-998-2775
trustee@prtel.com